UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 16-7679-DMG (JPRx) | Date | November 3, 2016 |
|---|---|---|---|
| Title | Juan Chairez v. Louisville Ladder, Inc., et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   IN CHAMBERS - ORDER AND NOTICE TO PARTIES

In light of the parties' stipulation for dismissal filed on October 28, 2016 [Doc. # 11], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41.  All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.